# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**
**TX 8-738-709**
**Effective Date of Registration:**
June 12, 2019



## Title

   **Title of Work:**   FireOne Firing System Abridged Command Format Version 1.0

## Completion/Publication

   **Year of Completion:**   1993
   **Date of 1st Publication:**   September 06, 1995
   **Nation of 1st Publication:**   United States

## Author

- **Author:**   Pyrotechnics Management, Inc.
   **Author Created:**   text
   **Work made for hire:**   Yes
   **Citizen of:**   United States

## Copyright Claimant

   **Copyright Claimant:**   Pyrotechnics Management, Inc.
   863 Benner Pike, Suite 100, State College, PA, 16801, United States

## Rights and Permissions

   **Organization Name:**   Cohen & Grigsby, P.C.
   **Name:**   Frederick L Tolhurst
   **Email:**   ippatent@cohenlaw.com
   **Telephone:**   (412)297-4900
   **Alt. Telephone:**   (412)297-4843
   **Address:**   625 Liberty Avenue
   Pittsburgh, PA 15222-3152 United States

## Certification

**Name:** Frederick L. Tolhurst
**Date:** June 12, 2019
**Applicant's Tracking Number:** CO19-001

**Correspondence:** Yes

**Registration #:**   TX0008738709  
**Service Request #:**   1-7780845001



Cohen & Grigsby, P.C.  
Jennifer Lynn Magill  
625 Liberty Avenue  
Pittsburgh, PA 15222-3152 United States