# EXHIBIT B







# fireTEK new product

Discussion in 'Firing Systems And Fusing Fireworks' started by fireTEK, Jan 23, 2019.

**fireTEK**
UKFR Sponsor

A new fireTEK product... firetek to F1 router
What this device can do:
- Can **direct control F1 modules** (no need F1 panels - it can replace it and add more useful features to end user)
- It has built in **Time code reader and Generator** (now only works SMPTE LTC 25 and 30 fps but soon we intend to add FSK F1 and FSK PD), DMX (Input and output), GPS (with internal antenna) and also we intend to add an audio player
- Can be fired Manual, Automatic or Semiautomatic (Sequences)
- It is fully independent device can be used as:
A. **Stand Alone** controlled using panel buttons, Time code, Computer software (firetek software and soon UF computer software) via USB, Firetek android application via UVB
B. **Slave to a fireTEK remote controlled wireless**. You can still have local control (pause/resume of the show form panel)
C. **Slave to a F1 panel and act as a DMX controller** via standard F1 2 wire. In this way you can direct control from an F1 panel DMX devices fully automatic or semiautomatic

Main features:
- **fireTEK router can control up to 50 F1 modules**.
- a **fireTEK remote can control wireless up to 99 fireTEK routers** but with no more of total of the **500 F1 modules (16000 channels)**
- real time fully automatic (user not need to press buttons) detect and report (on local screen and on remote) to users errors like script vs what it is connected, F1 modules disconnected but in script or not responding, F1 routers low battery or signal problems and more. with this feature we try top avoid common user mistakes

- It has a 24V lipo battery with up to 10 hours standby
- fireTEK wireless mesh
- LCD 2.6" to display all information you need
- it works from -20C to 60C
- Key for arming
- Port for Deadman switch
- External power connector

A short presentation video:



Some pictures:





fireTEK new product - F1 to fireTEK router    http:/www.pyrofan.com/forum/showthread.php?9637-fireTEK-new-pro...

Case 2:19-cv-00893-RJC   Document 1-3   Filed 07/24/19   Page 7 of 9



A new fireTEK product... firetek to F1 router
What this device can do:
- Can **direct control F1 modules** (no need F1 panels - t can replace it and add more useful features to end user)
- It has built in **Time code reader and Generator** (now only works SMPTE LTC 25 and 30 fps but soon we intend to add FSK F1 and FSK PD), DMX (Input and output), GPS (with internal antenna) and also we intend to add an audio player
- Can be fired Manual, Automat c or Semiautomatic (Sequences)
- It is fully independent device can be used as:
A. **Stand Alone** controlled using panel buttons, Time code, Computer software (firetek software and soon UF computer software) via USB, Firetek android application via UVB
B. **Slave to a fireTEK remote controlled wireless**. You can still have local control (pause/resume of the show form panel)
C. **Slave to a F1 panel and act as a DMX controller** via standard F1 2 wire. In this way you can direct control from an F1 panel DMX dev ces fully automatic or semiautomatic

Main features:
- **fireTEK router can control up to 50 F1 modules**.
- a **fireTEK remote can control wireless up to 99 fireTEK routers** but w th no more of total of the **500 F1 modules (16000 channels)**
- real time fully automat c (user not need to press buttons) detect and report (on local screen and on remote) to users errors like script vs what t is connected, F1 modules disconnected but in script or not responding, F1 routers low battery or signal problems and more. with this feature we try top avoid common user mistakes

- It has a 24V lipo battery with up to 10 hours standby
- fireTEK wireless mesh
- LCD 2.6'' to display all information you need
- t works from -20C to 60C
- Key for arming
- Port for Deadman switch
- External power connector

A short presentation video:



Some pictures:

[/url]                     (https://ibb.co/WFPHJpX)                     (https://ibb.co/x6J24D8)

Reply With Quote (newreply.php?do=newreply&p=86854)

**The Following 2 Users Say Thank You to fireTEK For This Useful Post:**

Donnie (member.php?u=177),Kyne (member.php?u=1314)

01-27-2019, 04:48 AM                                                                                                                     #2 (SHOWTHREAD.PHP?9637-FIRETEK-NEW-PRODUCT-F1-TO-FIRETEK-ROUTER&P=86920& VIEWFULL=1#POST86920)

**crackler (member.php?1557-crackler)**
APPROVED MEMBER

Join Date:    May 2016
Posts:        147
Thanks:       1
Thanked 59 Times in 32 Posts

**Re: fireTEK new product - F1 to fireTEK router**

And the price is?

Send one to Andy to test and review?

Make a F1 compatible mod for 400 USD?

Reply With Quote (newreply.php?do=newreply&p=86920)

01-27-2019, 09:31 PM                                                                                                                     #3 (SHOWTHREAD.PHP?9637-FIRETEK-NEW-PRODUCT-F1-TO-FIRETEK-ROUTER&P=86929& VIEWFULL=1#POST86929)

**fireTEK (member.php?669-fireTEK)**

**Re: fireTEK new product - F1 to fireTEK router**

**APPROVED MEMBER**
Join Date: Apr 2015
Posts: 164
Thanks: 12
Thanked 90 Times in 48 Posts

> Originally Posted by **crackler** (showthread.php?p=86920#post86920)
>
> And the price is?
>
> Send one to Andy to test and review?
>
> Make a F1 compatible mod for 400 USD?

As price it will start from 1500 to 2000 depending on the options you want to add: GPS and DMX. And if you pay only 400(500 with internal audio player and 55 0 with time code also) more for a fireTEK remote you can wireless control your F1 modules with centralized and local error reports and even with possibility to local control of each F1 router. Think about how much it cost a F1 wireless solution and it is not so good like fireTEK wireless.

fireTEK means evolution and all the time we try to improve our products based on our ideas and clients feedback asap and not wait years for a simple feature. We also have in developing more new products which will help the final users to make better show on less money.

Reply With Quote (newreply.php?do=newreply&p=86929)

**The Following User Says Thank You to fireTEK For This Useful Post:**
Donnie (member.php?u=177)

02-07-2019, 04:29 AM    #4 (SHOWTHREAD.PHP?9637-FIRETEK-NEW-PRODUCT-F1-TO-FIRETEK-ROUTER&P=87283&VIEWFULL=1#POST87283)

**crackler** (member.php?1557-crackler)
APPROVED MEMBER
Join Date: May 2016
Posts: 147
Thanks: 1
Thanked 59 Times in 32 Posts

**Re: fireTEK new product - F1 to fireTEK router**

Hi tech like Firetek.

Watch the video, above, for a glimpse into the past and future of the pyrotechnic capital of the world.

https://www.inkstonenews.com/society...rticle/3000718 (https://www.inkstonenews.com/society/chinas-fireworks-capital-liuyang-turns-automation-keep-fuse-lit/article/3000718)

Reply With Quote (newreply.php?do=newreply&p=87283)

**The Following User Says Thank You to crackler For This Useful Post:**
Pyrojoy (member.php?u=1928)

« Previous Thread (showthread.php?9637-fireTEK-new-product-F1-to-fireTEK-router&goto=nextoldest) | Next Thread (showthread.php?9637-fireTEK-new-product-F1-to-fireTEK-router&goto=nextnewest) »

**POSTING PERMISSIONS** (SHOWTHREAD.PHP?9637-FIRETEK-NEW-PRODUCT-F1-TO-FIRETEK-ROUTER&HIGHLIGHT=FIRETEK#TOP)

| | |
|---|---|
| You may not post new threads | BB code (misc.php?do=bbcode) is On |
| You may not post replies | Smilies (misc.php?do=showsmilies) are On |
| You may not post attachments | [IMG] (misc.php?do=bbcode#imgcode) code is On |
| You may not edit your posts | [VIDEO] (misc.php?do=bbcode#videocode) code is On |
| | HTML code is Off |
| | Forum Rules (misc.php?do=showrules) |

-- FPM2014    Contact Us (sendmessage.php)  PyroFan (http://www.pyrofan.com)  Archive (archive/index.php)  Top (showthread.php?9637-fireTEK-new-product-F1-to-fireTEK-router&highlight=firetek#top)

All times are GMT +1. The time now is 06:26 PM.

Powered by vBulletin® (https://www.vbulletin.com) Version 4.2.5
Copyright © 2019 vBulletin Solutions Inc. All rights reserved.

copyright by Stichting PyroFan©