# EXHIBIT C



### fireTEK to F1 router

Laurian Antoci

Subscribe

799 views

👍 4    👎 0

➕ Add to    ↪ Share    ••• More

Published on Jan 23, 2019
This device can direct control F1 modules and replace F1 panels and add more useful features to you F1 system. It can be controlled wireless from a fireTEK remote (manual, automatic, semiautomatic with or without music) from panel buttons(automatic or semiautomatic), external time code, computer software (firetek and soon UF software), firetek android application and even from a firetek panel (act as a DMX controller). With this router you can benefit of all firetek innovations like wireless mesh, fully automatic real time error detection, DMX control and more.

Category    Entertainment

SHOW LESS

COMMENTS

Add a public comment...

#### Up next

Autoplay 🛈 ⬤

From Google Maps to 3D Map in Photoshop - 3D Map Generator -
Orange Box Ceo
Recommended for you
19:43

Programming in Visual Basic .Net How to Connect Access
iBasskung
Recommended for you
19:11

Most SATISFYING Factory Machines and Ingenious Tools ▶1
Tech HD
Recommended for you
11:09

Small Little Orange Lights | 4K Relaxing Screensaver
Josu Relax
Recommended for you
31:05

BGA wymiana ukladu G86-735 GeForce 9300. ASUS F3S. NIE
ExpressITpl
Recommended for you
7:42

令人敬畏的伐木運輸加工過程！ 機械的力量真是太精妙了
V科技奇趣
Recommended for you
11:07

How to Install & Configure printer, Network Printer
Rohit Sahu
Recommended for you
36:05

エド・シーラン メドレー ♥ The Best Of Ed Sheeran
Pop Music
Recommended for you
1:22:51

Where is Chicky ? Funny Chicky 2018 | Chicky Ball Cartoon For
Cartoon For Kids TV
600 watching    LIVE NOW
—

Homemade Wood Cutting Machines !
Mr. HANDMAN
Recommended for you
9:36

28 BEAUTY TRICKS THAT WILL CHANGE YOUR LIFE
5-Minute Crafts
Recommended for you
12:44

YouTube firetek to f1 router Sign in

Education
13,431,701 views

IF IT WAS NOT FILMED NO ONE WILL BELIEVE IT 2
funny videos channel
3,426,118 views

13:35 What happens when you fill tires with construction foam
Garage 54 ENG
1,941,955 views

4:32 Shocking Magician Took Amanda's Bra!!!
Kevas Music
46,828,983 views

8:55 San Jose CA. Lady Gets Her First Johnson Technique Adjustment
Advanced Chiropractic Relief L
4,649,814 views

4:55 Passing a cop in a Charger Hellcat @ 145mph......
Bavarian MOPAR Works
1,740,688 views

6:16 5 Unbelievable Human Powered Machines Part 2
TechJoint
1,577,384 views

6:02 Easy bird trap technology make from CocaCola and Popsicle
Wilderness TV
14,318,166 views

10:28 6 FOOT SNAKE GOES AFTER FAWN & FARM CAT INTERVENES!!!
Kapper Outdoors
3,111,764 views

SHOW MORE

YouTube Language: English Location: United States Restricted Mode: Off History Help

About Press Copyright Creators Advertise Developers

Terms Privacy Policy & Safety Send feedback Test new features © 2019 YouTube, LLC

