# EXHIBIT D



Kevin C. Harkins
Direct Dial: 412.297.4938

kharkins@cohenlaw.com
Fax: 412.209.1820

March 18, 2019

***Via Email & First Class Mail***
Ralph Piacquadio
XFX Pyrotechnics, LLC
44 Ridgewood Drive
McDonald, Pennsylvania 15057
ralph@XFXpyro.com

      Re:     Infringement of Pyrotechnics Management, Inc. Copyright

Dear Mr. Piacquadio:

      We represent Pyrotechnics Management, Inc. ("Pyrotechnics") in connection with intellectual property matters.  Pyrotechnics manufactures a variety of digital pyrotechnic firing systems and products, including the FireOne field modules.  FireOne field modules are programmed and controlled using FireOne's communications protocol, which enables remote ignition of pyrotechnic products that are connected wired or wirelessly to a FireOne control panel.  Pyrotechnics has been a leader in the pyrotechnic industry for nearly twenty- eight years, and enjoys worldwide sales of its FireOne products.  FireOne's communications and command protocol is protected by U.S. copyright law and thus is afforded protection via the Berne Convention for the Protection of Literary and Artistic Works.  Any unauthorized reproduction or distribution of FireOne's communication protocol is prohibited.

      It has come to our attention that you and your company, XFX Pyrotechnics LLC ("XFX"), are promoting and offering for sale products that are manufactured by fireTEK, including fireTEK routers, that are marketed on the basis that they are capable of controlling FireOne field modules.  Moreover, Pyrotechnics has reason to believe that you and XFX encouraged fireTEK to develop these fireTEK routers.  fireTEK's products could not control FireOne field modules unless they used Pyrotechnics' copyrighted communications and command protocol.  Your promotion and sale of these products infringes Pyrotechnics' copyright.

      On behalf of Pyrotechnics, we demand that you immediately cease promoting and offering any fireTEK routers that are represented to be compatible or cooperative with FireOne's hardware or software.  This demand includes, but is not restricted to, to the removal of all copies, reproductions, or references to all such products which are cooperative or compatible with FireOne products, from your website, from social media, and all trade shows such as the International Symposium on Fireworks, The Pyrotechnics Guild International Convention and any other promotional events . We further demand that you desist from all other Pyrotechnics' copyrighted communication and/or command protocol in the future.

Page 2

We also demand a list of all individuals and companies to which you have sold, offered, or promoted products that incorporate or rely on any copies, reproduction, derivation, or distribution of Pyrotechnics' communication and/or command protocol and other copyrighted works.

Pyrotechnics considers your company's infringement of its FireOne communications and commandprotocol to be a serious infringement of its rights.  Please confirm within ten days that you have discontinued and permanently terminated all infringing activity as described herein.

Your development, distribution and sale of the infringing fireTEK products has the potential to cause irreparable harm to Pyrotechnics' business.  In the event that you persist in the infringement of Pyrotechnics' copyrighted works, as described herein or otherwise, Pyrotechnics reserves the right to take all appropriate action to enforce its rights in this matter, including institution of litigation.  Accordingly, within ten days of the date of this letter, we urge you to confirm in writing that you have terminated all sale and marketing of infringing products.

Sincerely,

COHEN & GRIGSBY, P.C.

By:

Kevin C. Harkins

KCH/chl
2972149.v1