# EXHIBIT F



# Unique features

## fireTEK is the only system in this industry offering:

### 1. Fully automated real time tests and error reports

Advanced tests and settings are automatically made to prevent unintentional firing and to ensure firing when it is supposed to occur. If an error occurs (e.g. module connection problem, low battery, difference between scripts vs connected channels, etc) the remote will tell you exactly what's wrong when that happens.

### 2. Intelligent and fully independent devices

Split the system as you need because any module can be used as it is or even act as a controller for other firing modules. Any controller can act as an Audiobox and can be controlled by another controller or firing module. Any fireTEK system can be synchronized with your existing firing system using: External trigger, Time code or GPS time.
Any fireTEK device can be also controlled from a Computer, Android device or Panel buttons.

### 3. fireTEK - F1 firing system compatibility

fireTEK can control any F1 firing module and improve F1 system capabilities with reliable wireless MESH, Real Time error detection and report, DMX direct control, GPS and more. fireTEK firing modules can be controlled from any F1 control panel. Add to your F1 system the possibility to directly control any DMX device automatically or semiautomatically, increase firing accuracy and speed up to 1ms, ensure 100% fire and more.

### 4. Real time igniter status

Ensures firing capabilities by real time monitor igniter status and change the impulse duration needed for each channel to ensure firing.

### 5. Built in GPS in firing module and controller

Using GPS timing as reference in any device, fireTEK can correct any communications delay or crystal timing error that may appear, offering the highest accuracy in this industry up to 10ns (0.00000001 Seconds) with 1 ms firing step

### 6. DMX output directly on firing module

This way any DMX device can be controlled wirelessly and/or via 2 wire. Using sequences with fireTEK you can have a single controller for safe and full automatic control of pyro and DMX stage effects such as Flames, Co2 and even lights with only one button press.

**Contact details**
Phone: 724-972-7124; 412-724-2861
International(24/7): +40 744 671127
Email: office@ftek.eu