**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

PYROTECHNICS MANAGEMENT, INC.,⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀Plaintiff,⠀⠀⠀⠀⠀⠀)⠀⠀⠀Civil Action No. 2:19-cv-00893-JFC
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀v.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀⠀**JURY TRIAL DEMANDED**
XFX PYROTECHNICS LLC and fireTEK,⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀Defendants.⠀⠀⠀⠀⠀)

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Pyrotechnics Management, Inc. ("Pyrotechnics"), by and through its attorneys,

Cohen & Grigsby, P.C., files this Motion for Preliminary Injunction pursuant to Federal Rule of

Civil Procedure 65 and in support thereof states as follows:

1.⠀⠀⠀⠀On July 24, 2019, Plaintiff filed a Complaint with the Court.  A true and correct

copy of the Complaint is attached hereto and made part hereof as Exhibit A.

2.⠀⠀⠀⠀The Complaint alleges a claim for copyright infringement in Count I.

3.⠀⠀⠀⠀As stated in the Complaint, and further explained in the accompanying

Memorandum of Law, also incorporated herein by reference:

⠀⠀⠀⠀(a) Defendants fireTEK and XFX Pyrotechnics LLC ("XFX") have infringed

⠀⠀⠀⠀⠀⠀⠀Plaintiff's copyrighted FireOne command/control protocols by unlawfully

⠀⠀⠀⠀⠀⠀⠀incorporating those protocols in fireTEK's products and systems and copying,

⠀⠀⠀⠀⠀⠀⠀importing, distributing, and selling copies of those protocols through the sale

⠀⠀⠀⠀⠀⠀⠀of their products and systems.

⠀⠀⠀⠀(b) By virtue of Defendants' conduct, Plaintiff is being, and will continue to be,

⠀⠀⠀⠀⠀⠀⠀irreparably harmed.  Defendants promote their systems and products as

⠀⠀⠀⠀⠀⠀⠀displacements for FireOne products.  However, Defendants are infringing

1

Plaintiff's copyrighted Protocols to make Defendants' systems and products compatible with Plaintiff's FireOne modules.  Thus, Defendants are using their infringement of Plaintiff's copyrighted Protocols to disrupt Plaintiff's business and sell systems and products that would be incompatible with Plaintiff's FireOne modules without such infringement.

(c) Greater injuries will be inflicted upon Plaintiff by the denial of the relief requested than will be inflicted upon Defendants by the granting thereof, as Defendants have no legitimate interest in selling products that infringe upon Plaintiff's copyright and because Plaintiff's relationships with its customers, once disrupted, cannot be completely restored.

(d) The public interest supports entry of an injunction upholding Plaintiff's copyright because the protection of copyrightable works for a limited time benefits the public interest by encouraging the creation and publication of original works.

(e) Plaintiff has no adequate remedy at law because the injury to Plaintiff's customer relationships cannot be fully remedied by the payment of money.

(f) No prior application to this Court for such relief or similar relief has been made by the Plaintiff.

WHEREFORE, Plaintiff Pyrotechnics Management, Inc. respectfully requests that this Court grant its Motion for Preliminary Injunction and enter an order substantially set forth in the proposed order filed herewith enjoining Defendants XFX Pyrotechnics LLC and fireTEK from importing, distributing, or selling any products that infringe upon Plaintiff's copyrighted FireOne

command/control protocol as registered pursuant to U.S. Copyright Registration Number TX 8-738-709.

Respectfully submitted:

COHEN & GRIGSBY, P.C.

By: */s/ Kevin C. Harkins*
    Kevin C. Harkins (Pa. I.D. 59915)
    Fred L. Tolhurst (Pa. I.D. 22040)
    Lucy E. Hill (Pa. I.D. 323731)
    kharkins@cohenlaw.com
    ftolhurst@cohenlaw.com
    lhill@cohenlaw.com

    625 Liberty Avenue
    Pittsburgh, PA 15222-3152
    Ph: (412) 297-4900 / Fax: (412) 209-0672

    Counsel for Plaintiff,
Dated:  July 24, 2019                Pyrotechnics Management, Inc.
2975713.v1

3