**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PYROTECHNICS MANAGEMENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:19-cv-00893-JFC |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| XFX PYROTECHNICS LLC and fireTEK, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>PROPOSED ORDER</u>**

AND NOW, this _____ day of _____, 2019, after consideration of Plaintiff

Pyrotechnics Management, Inc.'s Motion for Preliminary Injunction and Memorandum of Law

in support thereof, any response thereto, and testimony presented at the hearing on the Motion, it

is hereby ORDERED that Plaintiff's Motion for Preliminary Injunction is GRANTED.

Defendants XFX Pyrotechnics LLC and fireTEK are hereby enjoined from importing,

distributing, or selling any products that infringe upon Plaintiff's copyrighted command/control

protocols as registered under Registration Number TX 8-738-709, including but not limited to

the fireTEK routers that incorporate or transmit those command/control protocols.

_____
Joy Flowers Conti
Senior United States District Judge