**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PYROTECHNICS MANAGEMENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:19-cv-00893-JFC |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| XFX PYROTECHNICS LLC and fireTEK, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY**

Pursuant to Federal Rule of Civil Procedure 26(d), Plaintiff Pyrotechnics Management, Inc. ("Pyrotechnics") files this motion for leave to conduct expedited discovery relevant to its Motion for Preliminary Injunction before the Rule 26(f) and Rule 16 conferences and states as follows:

1.      Pyrotechnics filed a Complaint and Motion for Preliminary Injunction concurrently with this Motion.

2.      The Defendants named in this action are XFX Pyrotechnics, Inc. ("XFX"), a Pennsylvania limited liability company, and fireTEK, a Romanian corporation.

3.      As described in greater detail in the Complaint, fireTEK is manufacturing and selling digital pyrotechnic routers (the "fireTEK Routers") which infringe upon Pyrotechnics' copyrighted command/control protocols (the "Protocol").

4.      XFX is the "Official Distributor" of fireTEK's products in the United States and Canada.

5.      Pyrotechnics seeks permission to seek expedited discovery from XFX pertinent to its Motion for Preliminary Injunction.  A copy of the discovery requests are attached hereto as Exhibit A.

6. A motion for expedited discovery before a Rule 26(f) conference may be granted upon a showing of good cause. *See Samuel, Son & Co., Inc. v. Beach*, No. CIV.A. 13-128, 2013 WL 4855325, at *3 (W.D. Pa. Sept. 11, 2013).

7. "Good cause is usually found where the plaintiff's need for expedited discovery, in consideration of the administration of justice, outweighs the possible prejudice or hardship to the defendant." *Fonovisa, Inc. v. Does 1-9*, No. CIV. A. 07-1515, 2008 WL 919701, at *10 (W.D. Pa. Apr. 3, 2008).

8. Moreover, "good cause is usually found when a party seeks a preliminary injunction, and when physical evidence may be consumed or destroyed with the passage of time, thus causing one or more parties to be disadvantaged." *Samuel, Son & Co. v. Beach*, No. CIV.A. 13-128, 2013 WL 4855325, at *3 (W.D. Pa. Sept. 11, 2013) (citation omitted).

9. The principal of fireTEK, Laurian Antoci, told Mr. Daniel Barker, the owner of Pyrotechnics, that the Protocol was taken from FireOne products and incorporated into fireTEK products. Further, Mr. Antoci told Mr. Barker that he intended to continue to copy, distribute, sell and use the Protocol in fireTEK products with no accounting to Pyrotechnics. This early discovery is necessary to confirm that the fireTEK routers are infringing on Pyrotechnics' copyrighted Protocols such that Pyrotechnics may obtain a preliminary injunction. *See, e.g.*, *Semitool, Inc. v. Tokyo Electron Am., Inc.*, 208 F.R.D. 273 (N.D. Cal. 2002) (granting expedited discovery of narrowly tailored requests for relevant documents and an inspection of a device suspected to infringe upon plaintiff's patents).

10. Additionally, discovery relating to XFX's marketing and sales efforts of the fireTEK Routers is relevant to Pyrotechnics' showing of irreparable harm flowing from XFX's copyright infringement.

11.     The discovery requests are narrowly tailored to issues solely relating to Pyrotechnics' Motion for Preliminary Injunction.

12.     Pyrotechnics will be prejudiced if it must wait until after Rule 26(f) conference to take any discovery on its Motion for Preliminary Injunction, allowing XFX to continue to sell the infringing fireTEK Routers to Pyrotechnics' customers in the interim.

13.     XFX is not prejudiced by responding to these limited discovery requests in an expedited manner.

For the reasons stated above, Plaintiff Pyrotechnics Management, Inc. respectfully requests that the Court grant its motion for expedited discovery.

Respectfully submitted:

COHEN & GRIGSBY, P.C.


By: */s/ Kevin C. Harkins*
      Kevin C. Harkins (Pa. I.D. 59915)
      Fred L. Tolhurst (Pa. I.D. 22040)
      Lucy E. Hill (Pa. I.D. 323731)
      kharkins@cohenlaw.com
      ftolhurst@cohenlaw.com
      lhill@cohenlaw.com

      625 Liberty Avenue
      Pittsburgh, PA 15222-3152
      Ph: (412) 297-4900 / Fax: (412) 209-0672

      Counsel for Plaintiff,
Dated:  July 24, 2019            Pyrotechnics Management, Inc.
2975855.v1

3