IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PYROTECHNICS MANAGEMENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:19-cv-00893-JFC |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| XFX PYROTECHNICS LLC and fireTEK, | ) | |
| | ) | |
| Defendants. | ) | |

**PROPOSED ORDER**

AND NOW, this <u>8th</u> day of <u>  August  </u>, 2019, after consideration of Plaintiff Pyrotechnics Management, Inc.'s Motion for Alternative Service, it is hereby ORDERED that the Motion is GRANTED. Plaintiff may serve Defendant fireTEK via international mail.

*Marilyn J. Horan*
~~Joy Flowers Conti~~
~~Senior~~ United States District Judge