IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PYROTECHNICS MANAGEMENT, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:19-cv-00893-MJH |
| ) | |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| XFX PYROTECHNICS LLC and fireTEK, ) | |
| ) | |
| Defendants. ) | |

## PROPOSED ORDER

AND NOW, this 17th day of September, 2019, after consideration of Plaintiff Pyrotechnics Management, Inc.'s Motion to Strike Defendant fireTEK's Motion to Dismiss and Memorandum of Law in Support of Defendant's Motion, it is hereby ORDERED that the Motion is GRANTED. Defendant fireTEK's Motion to Dismiss (ECF No. 23) and Memorandum of Law in Support of Defendant's Motion to Dismiss (ECF No. 24) are stricken from the record.

Defendant, fireTEK, shall have thirty (30) days to retain counsel and file an answer.

BY THE COURT,

_____
Marilyn J. Horan
United States District Judge

cc:
FIRETEK
Laurien Antoci
Calea Cristesti nr.137
Holboca, Ia 707250
Romani
40 745 066 462