# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PYROTECHNICS MANAGEMENT, INC., | ) |
| Plaintiff, | ) Civil Action No. 2:19-cv-00893 |
| v. | ) |
| XFX PYROTECHNICS LLC and fireTEK, | ) |
| Defendants. | ) |

## PROTECTIVE ORDER

The Court in the interest of justice and under the applicable law and regulations attendant to the copyright issue before us, adopts the following protective order, which shall remain in force until further order of court if requested and for good cause shown:

1. Plaintiff has produced a copy of the deposit materials submitted to the United States Copyright Office for its copyrighted FireOne command/control (the "Deposit Materials") to Defendants and ENE neutral during expedited discovery.

2. Defendants fireTEK and XFX, their respective principals Laurian Antoci and Ralph Piacquadio, their employees, their officers, their directors, their managers, their agents, and/or any other third-person acting on behalf of fireTEK or XFX, will not disseminate, publish, or share the Deposit Materials with any third-person (other than counsel for Defendants) and will use the Deposit Materials solely for purposes of this litigation.

**IT IS SO ORDERED, this 27th day of July, 2020.**

s/ *Robert J. Colville*
Hon. Robert J. Colville
United States District Court Judge