**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PYROTECHNICS MANAGEMENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:19-cv-00893 |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| XFX PYROTECHNICS LLC and fireTEK, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S PROPOSED WITNESS LIST**

Plaintiff Pyrotechnics Management, Inc. designates the following witnesses for the

August 19, 2020 preliminary injunction hearing in this action:

1. Daniel Barker

2. Kenneth Schroyer

3. Eli Hughes

4. Nathan Lasut

5. Laurian Antoci

6. Ralph Piacquadio

7. David Hunter

8. Robert Capuro

Plaintiff reserves the right to call any witness (i) disclosed or designated by Defendants;

or (ii) for rebuttal purposes.  Further, Plaintiff reserves the right to amend or supplement this list

in light of rulings by the Court, unanticipated changes in witness availability, and evidence and

testimony presented by Defendants.

Respectfully submitted,


/s/ Kevin C. Harkins
/s/ Fred Tolhurst
/s/ Lucy E. Hill
Kevin C. Harkins, Esq.
Fred Tolhurst, Esq.
Lucy E. Hill, Esq.
Dentons Cohen & Grigsby P.C.
625 Liberty Ave.
Pittsburgh, PA  15222-3152
kevin.harkins@dentons.com
fred.tolhurst@dentons.com
lucy.hill@dentons.com

Dated:  August 3, 2020          Attorneys for Plaintiff, Pyrotechnics Management, Inc.

**<u>CERTIFICATE OF SERVICE</u>**

 I hereby certify that on August 3, 2020 pursuant to Local Rule 5.5 of the United States District Court for the Western District of Pennsylvania, the foregoing **Plaintiff's Proposed Witness List** was served upon the parties of record by the Court's electronic filing system.

       /s/ Kevin Harkins_____