IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PYROTECHNICS MANAGEMENT, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 2:19-cv-00893 |
| ) | |
| v. ) | |
| ) | |
| XFX PYROTECHNICS LLC and fireTEK, ) | |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, to-wit, this 11th day of March, 2021, it is hereby ORDERED that Plaintiff's Motion for Preliminary Injunction (ECF No. 55) is hereby GRANTED. Defendants XFX Pyrotechnics LLC and fireTEK are hereby enjoined from importing, distributing, or selling any products that infringe upon Plaintiff's copyrighted command/control protocols as registered under Registration Number TX 8-738-709, including but not limited to the fireTEK routers that incorporate or transmit those command/control protocols.

IT IS FURTHER ORDERED THAT the Oral Motion for Bond (ECF No. 92) is hereby GRANTED. Plaintiffs shall post bond of $100 forthwith to the Clerk of the United States District Court for the Western District of Pennsylvania to be placed by the Clerk into the Clerk of Court's local registry account to remain there until further Order of this Court.

/s/ *Robert J. Colville*
Robert J. Colville
United States District Court Judge

CC:  Record Counsel via CM-ECF