IN THE UNITED STATES COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PYROTECHNICS MANAGEMENT, INC**, | * | CIVIL ACTION-LAW |
| | * | |
| Plaintiff, | * | Case No.:  19-cv-00893 |
| | * | |
| v. | * | Hon. Robert J. Colville |
| | * | |
| **XFX PYROTECHNICS LLC,** | * | |
| **FIRETEK**. | * | **MOTION TO ISSUE A REQUEST** |
| | * | **UNDER 17 U.S.C. § 411(b)(2)** |
| Defendants. | * | |

**MOTION OF DEFENDANT FIRETEK FOR ISSUANCE OF A REQUEST UNDER 17 U.S.C. § 411(b)(2) TO THE REGISTER OF COPYRIGHTS**

Defendant, FIRETEK by and through counsel moves for the Court to issue to the

Register of Copyrights a request pursuant to 17 U.S.C. § 411(b)(2).


1. Defendant Firetek has continually alleged throughout this litigation that the Copyright

Plaintiff seeks to protect is not valid for the purposes they assert.

2. Subject to  17 U.S.C. § 411 a copyright holder must register their works in accordance

with the requirements of the Copyright Act before bringing a claim for copyright infringement.

3. 17 U.S.C. § 411(b)(1). The PRO IP Act also created a procedure for courts to seek the

advice of the Register of Copyrights as to the effect of allegedly inaccurate information on the

validity of a copyright registration. Section 411(b)(2) provides:

In any case in which inaccurate information described under paragraph (1) is alleged, the

court shall request the Register of Copyrights to advise the court whether the inaccurate

information, if known, would have caused the Register of Copyrights to refuse

registration.

*Id.* § 411(b)(2)." Order on Motion for Issuance of Request to Register of Copyrights at 2-3, *Olem Shoe Corp. v. Washington Shoe Co.*, No. 09-23494 (S.D. Fla 2010).

4. Defendant FireTek alleges that Plaintiff knowingly provided inaccurate information to the Copyright Office and that, if known, the Copyright Office would have refused copyright registration. Defendant has further stated their position in their brief in support of this Motion.

5. Defendant respectfully requests that this Court issue a request to the US Copyright Office on the grounds set forth in their Brief filed contemporaneously with this Motion.

6. Defendant further requests that this case be staid until such time as the US Copyright Office issues a response to the request as a response from the US Copyright Office invalidating Plaintiff's Copyright would render this litigation moor.

Dated: 5/14/2021

Respectfully submitted,

s/Louis J. Kroeck

Louis J. Kroeck
Attorney for Defendant FireTEK

CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the within MOTION was served to all

counsel through electronic means on May 14, 2021.

**XFX PYROTECHNICS LLC**
Joseph W. Carvich

(412) 243-9700
F: (412) 243-9660
Andrews & Price, LLC
　　　1500 Ardmore Blvd.
　　　Suite 506
　　　Pittsburgh, PA 15221

**PYROTECHNICS MANAGEMENT, INC.**
Frederick L. Tolhurst

(412) 297-4900
Cohen & Grigsby PC
　　　625 Liberty Ave.
　　　Pittsburgh, PA 15222

Respectfully submitted,

s/Louis J. Kroeck

Louis J. Kroeck
Attorney for Defendant FireTEK