IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PYROTECHNICS MANAGEMENT, INC., | ) |
| Plaintiff, | ) ) ) Case No.: 19-cv-00893 |
| v. | ) ) Hon. Robert J. Colville |
| FIRETEK, | ) ) |
| Defendant. | ) |

## ORDER

AND NOW, this 22nd day of August, 2022, the Plaintiff having filed Status Report (ECF No. 242), which the Court construes as a motion, requesting that the Court issue an Order pursuant to Fed. R. Civ. P. 41(a)(2) dismissing Count II and Count III against fireTEK, it is hereby ORDERED that said motion is GRANTED.  Counts II and III of the Complaint are hereby DISMISSED.

*/s/ Robert J. Colville*
Robert J. Colville
United States District Judge

Cc: record counsel via CM-ECF