IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PYROTECHNICS MANAGEMENT, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 19-cv-00893 |
| FIRETEK, | ) |
| Defendant. | ) |

## JUDGMENT ORDER

FINAL JUDGMENT is hereby entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.  This case has been marked closed.

IT IS SO ORDERED.

Dated: September 20, 2022

BY THE COURT:

s/*Robert J. Colville*
Robert J. Colville
United States District Judge

cc/ecf: All counsel of record

1