IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PYROTECHNICS MANAGEMENT, INC., | ) |
| Plaintiff, | ) Civil Action No. 2:19-cv-00893 |
| v. | ) |
| fireTEK, | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff in the above-captioned case hereby appeals to the United States Court of Appeals for the Third Circuit from the September 20, 2022 Judgment Order (ECF No. 251).

Respectfully submitted:

DENTONS COHEN & GRIGSBY P.C.

By: /s/ Kevin C. Harkins
Kevin C. Harkins (Pa. I.D. 59915)
Fred L. Tolhurst (Pa. I.D. 22040)
Lucy E. Hill (Pa. I.D. 323731)
kevin.harkins@dentons.com
fred.tolhurst@dentons.com
lucy.hill@dentons.com

625 Liberty Avenue
Pittsburgh, PA 15222-3152
Ph: (412) 297-4900
Fax: (412) 209-1975

Counsel for Plaintiff,
Pyrotechnics Management, Inc.

Dated: October 17, 2022
4173142.v1

**CERTIFICATE OF SERVICE**

  I hereby certify that, on the 17th day of October 2022, a true and correct copy of the foregoing Notice of Appeal was filed and served via the Court's ECF system.

                  */s/ Kevin C. Harkins*