UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

**PYROTECHNICS MANAGEMENT, INC.,**   CIVIL ACTION-LAW

        Plaintiff,

vs.

**XFX PYROTECHNICS, LLC** and
**FIRETEK**,

        Defendants.   Case No. 2:19-cv-00893-RJC

*************************************************************************

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN**, that Defendant, fireTEK, hereby and directly appeals to the United States Court of Appeals for the Third Circuit from the order(s) and judgment(s) entered on: 1.) January 14, 2022-which denied Defendant fireTEK's motion for sanctions; and 2.) September 12, 2022-which denied Defendant fireTEK's motion for summary judgment and motion for leave to file counterclaim, by and through, the final judgment entered pursuant to Fed.R.Civ.P. Rule 58 of September 20, 2022.

        Respectfully submitted,

        **LJK LAW, PLLC:**

        <u>s Louis J. Kroeck, IV</u>
        Louis J. Kroeck, IV
        PA ID # 210045
        1200 Sarah Street
        Pittsburgh, PA 15203
        Phone: 1 (412) 712-7605
        Email: Lou@Ljk-law.com

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the forgoing Notice has been served on all parties in this action by the Court's Electronic Case Management Filing System.

**LJK LAW, PLLC:**

*s* Louis J. Kroeck, IV
Louis J. Kroeck, IV
PA ID # 210045
1200 Sarah Street
Pittsburgh, PA 15203
Phone: 1 (412) 712-7605
Email: Lou@Ljk-law.com