UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

**PYROTECHNICS MANAGEMENT, INC.,**   CIVIL ACTION-LAW

        Plaintiff,

vs.

**XFX PYROTECHNICS, LLC** and
**FIRETEK**,

        Defendants.   Case No. 2:19-cv-00893-RJC

*************************************************************************

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN**, that Defendant, fireTEK, hereby and directly appeals to the United States Court of Appeals for the Third Circuit from the memorandum and order entered on: December 13, 2022 (ECF Document 263), which denied Defendant fireTEK's motion for attorneys fees (ECF Document 253) and motion for return of wireless router (ECF Document 258).

        Respectfully submitted,

        **LJK LAW, PLLC:**

        <u>*s* Louis J. Kroeck IV</u>
        Louis J. Kroeck IV
        PA ID # 210045
        1200 Sarah Street
        Pittsburgh, PA 15203
        Phone: 1 (412) 712-7605
        Email: Lou@Ljk-law.com

## CERTIFICATE OF SERVICE

    The undersigned does hereby certify that a true and correct copy of the forgoing Notice has been served on all parties in this action by the Court's Electronic Case Management Filing System.

**LJK LAW, PLLC:**

*s* Louis J. Kroeck IV
Louis J. Kroeck IV
PA ID # 210045
1200 Sarah Street
Pittsburgh, PA 15203
Phone: 1 (412) 712-7605
Email: Lou@Ljk-law.com